No. 03–9855. YATES *v.* HINES, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–9856. ORTIZ *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 03–9859. COOK *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 03–9860. SMITH *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–9863. JOHNSON *v.* BOARD, ADMINISTRATIVE JUDGE. Sup. Ct. Tex. Certiorari denied.

No. 03–9868. TURNER *v.* SOUTHEAST ATLANTIC BEVERAGE CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–9872. KAVIC *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–9875. HEREDIA NARANJO *v.* YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9883. TROOP *v.* WOLFE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION. C. A. 3d Cir. Certiorari denied.

No. 03–9890. CAUDILL *v.* KENTUCKY; and
No. 03–9926. GOFORTH *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 03–9892. D'ANGELO *v.* RATELLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9893. EDMONSON *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 03–9894. BEAUDOIN *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.